IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JESSIE LEE HOWELL,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
| v.         ) | 2:15cv98-MHT |
| ) | (WO) |
| RICHARD ALLEN, et al.,  ) | |
| ) | |
| Defendants.  ) | |

JUDGMENT

The plaintiff, a state prisoner, has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (doc. no. 12). This cause is before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice. The plaintiff does not object to the recommendation but requests that costs not be taxed. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted and no costs taxed.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(2) This lawsuit is dismissed without prejudice and with no costs taxed against plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE